IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARLOS MORALES, et al.           :         CIVIL ACTION

       v.                             :

CITY OF PHILADELPHIA, et al.     :         NO. 12-7139

O R D E R

**AND NOW, TO WIT:** this 27th day of JANUARY, 2014, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED**, with prejudice, pursuant to agreement of counsel.

BY THE COURT:

/S/ L. FELIPE RESTREPO

L. FELIPE RESTREPO,     J.
U.S. DISTRICT COURT